ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 MAY 29  AM 9:38

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TAMMIE LYNN BRYAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 312-037 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED,** this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 29th day of May, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE